IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CASSANDRA L. DEAN MILNER, | * |
| Plaintiff, | * |
| v. | * Case No. 2:06-CV-859-SRW |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | * |
| Defendant. | * |

### MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

COMES NOW Plaintiff, CASSANDRA L. DEAN MILNER, by and through her counsel of record, and respectfully requests this Honorable Court grant Plaintiff leave to proceed in forma pauperis on appeal. As grounds therefore, Plaintiff states as follows:

1. Plaintiff filed an Affidavit in Support of Request to Proceed in Forma Pauperis on September 26, 2006.

2. An Order was entered on September 27, 2006, granting Plaintiff leave to proceed in forma pauperis.

3. Plaintiff's financial condition has not changed since said Declaration was filed.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests this Honorable Court grant Plaintiff leave to proceed in forma pauperis on appeal.

s/Darryl W. Hunt
Darryl W. Hunt Bar Number: ASB-4267-T65D
Attorney for Plaintiff
CLARK, JAMES, HANLIN & HUNT, L.L.C.
P. O. Box 638
Birmingham, AL 35201-0638
Telephone: (205) 322-3636
Fax: (205) 322-3649
E-mail: kjohnson@clarkandjames.com

**MOTION GRANTED**

THIS 10th DAY OF December, 20 07

UNITED STATES MAGISTRATE JUDGE